## AVERITT *v.* GRIFFIN.

FISH, C. J. The evidence not being such as to demand the verdict which the court directed in favor of the plaintiff, the judgment granting a first new trial is affirmed.

*Judgment affirmed. All the Justices concur.*

Argued May 6.—Decided November 17, 1909.

Action for breach of warranty. Before Judge Spence. Decatur superior court. December 28, 1908.

*T. S. Hawes* and *A. H. Russell,* for plaintiff.

*G. G. Bower,* for defendant.